Silverman Perlstein & Acampora LLP
Attorneys for Plaintiff
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Robert J. Ansell, Esq. (RJA#3710)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FINGERLAKES MALL, LLC,

Plaintiff,

Case No.:  07-CV-6768 (BSJ)(JCF)

-against-

**DEFAULT JUDGMENT**

FINGERLAKES MALL ACQUISITION, LLC,

Defendant.
-----------------------------------------------------------------X

This action having been commenced on July 27, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Fingerlakes Mall Acquisition, LLC, on July 31, 2007 by personal service on Vincent Nicoletta, Partner at Greenberg Nicoletta & Stein LLP, and proof of service having been filed on August 3, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED:  That the plaintiff have judgment against defendant in the liquidated amount of \$_____ with interest at _____% from _____ amounting to \$_____ plus costs and disbursements of this action in the amount of \$_____ amounting in all to \$_____.

Dated: New York, New York
          November __, 2007

_____
U.S.D.J.

This document was entered on the docket on
_____.

AS/D254442v/F053951